ORIGINAL

FILED

04/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0425

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0425

JAY DONALD WITKOWSKI,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

FILED

APR 04 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Jay Donald Witkowski has filed a fifth motion for a 30-day extension of time within which to file his opening brief.

In his motion he states he is still waiting for a response from the Court regarding his request for appointment of counsel. The Court denied his motion for appointment of counsel on September 2, 2021, and his motion for reconsideration on November 2, 2021. Appellant is not entitled to appointment of counsel.

Upon consideration of Appellant's motion,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until May 13, 2022, within which to file his opening brief.

DATED this 4th day of April, 2022.

For the Court,

_____
Chief Justice